This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO**,

Plaintiff-Appellee,

v.                                                          NO.   32,103

**JOSE ANGEL RODRIGUEZ**,

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Fernando R. Macias, District Judge**

Gary K. King, Attorney General
Albuquerque, NM

for Appellee

Jacqueline L. Cooper, Chief Public Defender
Karl Erich Martell, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**KENNEDY, Judge.**

Jose Angel Rodriguez (Defendant) appeals his conviction and sentence for aggravated stalking (violation of a protection order). [RP 160] This Court issued a notice of proposed summary disposition proposing to affirm, and Defendant has filed a timely memorandum in opposition to the proposed summary affirmance. In his memorandum, Defendant fails to rebut or dispute any of the analysis contained in our notice of proposed summary disposition. Instead, he requests that this Court assign his appeal to the general calendar to reconsider some of the cases relied upon in our proposed summary disposition. [MIO 3] We decline to do so.

Therefore, for the reasons set forth in our notice of proposed summary disposition, we affirm Defendant's conviction and sentence.

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Judge**

_____
**LINDA M. VANZI, Judge**